**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GEOVANI FRANCISCO FLORES OBANDO,

        *Petitioner*,

     v.

PAMELA BONDI, in her official capacity as
Attorney General of the United States, *et al.*

        *Respondents*.

Civil Action No.  2:25-cv-6474

## ORDER

    **AND NOW**, this 21st day of November 2025, it is **ORDERED** that the parties'
stipulated briefing schedule (ECF No. 3) is **APPROVED**. It is thus **ORDERED** that:

1.    Respondents shall file their response to Petitioner's habeas petition (ECF
No. 1) **on or before November 24, 2025**;

2.    Petitioner shall file any reply **on or before December 1, 2025**, should
he deem a reply necessary;

3.    Petitioner and Defendants agree that, pending the Court's ruling on the
pending petition and application, Petitioner will not be removed from the
United States and Defendants will continue to detain Petitioner at
detention facilities located within the Commonwealth of Pennsylvania;
and,

4.    The Court will decide Petitioner's petition for writ of habeas corpus and
request for preliminary injunction on the papers.

In light of this briefing schedule, Petitioner's petition for an order to show cause (ECF

No. 1-B) is **DENIED AS MOOT**.

BY THE COURT:

_s/ANITA B. BRODY, J.__
ANITA B. BRODY, J.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 19, 2025, a true and correct copy of the foregoing

Stipulation for Briefing Schedule with Proposed Order was filed electronically via the

Court's CM/ECF system and served via CM/ECF on all counsel of record.

*/s/ Peter Carr*
PETER CARR