# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Geovani Francisco FLORES OBANDO, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | PETITION FOR |
| | : | WRIT OF HABEAS |
| | : | CORPUS |
| | : | No. 25-cv-6474 |
| Pamela BONDI, Attorney General of the United States, in her official capacity, et al.. | : | |
| | : | |
| Respondents. | | |

## ORDER

**AND NOW,** this 1st day of December, 2025, upon consideration of Mr. Flores Obando's Petition for Writ of Habeas Corpus (ECF No. 1), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Petition is **GRANTED** as follows:

1. Mr. Flores Obando is not subject to mandatory detention under 8

U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. The Government shall **RELEASE** Mr. Flores Obando from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than 12:00 p.m. ET on December 2, 2025;

3. The Government is temporarily enjoined from re-detaining Mr. Flores Obando for seven days following his release from custody;

4. If the Government chooses to pursue re-detention of Mr. Flores Obando after that seven-day period, it must first provide him with a bond hearing where an Immigration Judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Flores Obando from the Commonwealth of Pennsylvania before the ordered bond hearing.  If the Immigration Judge determines that Mr. Flores Obando is subject to detention under 8 U.S.C. §

1226(a), the Government may request permission from me to move Mr. Flores Obando if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Mr. Flores Obando.

The Clerk of Court shall mark this case closed.

                                                _s/ANITA B. BRODY, J.___  
                                                ANITA B. BRODY, J.